**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re   PARK NORTH 1 LLC | Case No. | |
| Debtor. | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mr. Eric Brown, declare under penalty of perjury that I am the managing member of PARK NORTH 1 LLC, and that the following is a true and correct copy of the resolution adopted of said Company on the 30th day of November 30, 2023.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mr. Eric Brown, Managing member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Mr. Eric Brown, Managing member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Mr. Eric Brown, Managing member of this Company is authorized and directed to employ Gabriel Del Virginia, Esq. (GDV-4951), attorney and the law firm of LAW OFFICES OF GABRIEL DEL VIRGINIA to represent the Company in such bankruptcy case."

Date  November 30, 2023          Sig.   /s/ Eric Brown
                                        Mr. Eric Brown